B 7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re: <u>Lowrey, Jeffrey R.</u>                        ,        Case No. <u>09-31916-ABC</u>
                    Debtor                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                                    SOURCE

**see attached statement**

2

**2.   Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                               SOURCE

---

**3.   Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None


a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

3

None
☐    c.  *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| see attached statement | | | |

---

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐    a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | see attached statement | | |

None
☑    b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5.  Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| see attached statement | | |

---

4

**6.  Assignments and receiverships**

None 

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None 

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

---

**7.  Gifts**

None 

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.  Losses**

None 

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY  INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

5

**9.   Payments related to debt counseling or bankruptcy**

None
☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10.   Other transfers**

None
☐

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| see attached statement | | |

None
☑

b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.   Closed financial accounts**

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

6

**12. Safe deposit boxes**

None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.   Property held for another person**

None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

7

**16. Spouses and Former Spouses**

None
☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

8

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| | see attached statement | | | |

None ☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                             ADDRESS

see attached statement

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19.  Books, records and financial statements**

None ☐  a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                             DATES SERVICES RENDERED

Saltzman Hamma Nelson Massaro, LLP ,                         1999-present
1660 Lincoln Street, #2000, Denver, CO 80264

None ☐  b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                  ADDRESS                                  DATES SERVICES RENDERED

9

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

      NAME                               ADDRESS

      Vinnie Matarazzo

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

      NAME AND ADDRESS                           DATE ISSUED

---

**20. Inventories**

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                DOLLAR AMOUNT
                                              OF  INVENTORY
      DATE OF INVENTORY        INVENTORY SUPERVISOR      (Specify cost, market or other basis)

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                                                NAME AND ADDRESSES
                                              OF CUSTODIAN
      DATE OF INVENTORY                               OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

      NAME AND ADDRESS          NATURE OF INTEREST      PERCENTAGE OF INTEREST

None ☑  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                             NATURE AND PERCENTAGE
      NAME AND ADDRESS             TITLE            OF STOCK OWNERSHIP

10

**22 . Former partners, officers, directors and shareholders**

None
☑

a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☑

b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

---

**25. Pension Funds.**

None
☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

* * * * * *

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    *10-21-09*       Signature
                                 of Debtor

                                       Signature of
                                       Joint Debtor

Date                                        (if any)

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date                                      Signature

                                       Print Name and
                                       Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

Signature of Bankruptcy Petition Preparer                       Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

Lowrey, Jeffrey R.                                                                          Case No. 09-31916-ABC

## STATEMENT OF FINANICAL AFFAIRS

### STATEMENT NO 1.

**1.Income from employment or operating a business:**

(i.)     2007, $145,000: Team Lending Concepts, Inc. Stenerson, Olson, Lowrey Development, LLC

(ii.)    2008, $125,000: Team Lending Concepts, LLC., Stenerson, Olson & Lowrey Development, LLC, Lowrey/Hogue Construction management, LLC.

(iii.)   2009 year to date: $39,750.00. Wells Fargo Bank

**3c.Payments to creditors:**

Edward Calus, 65 Cherry Hills Farm Drive, Englewood, CO 80113

(i.)     Payment date:  On or about  April, 2009,  Amount Paid:  $7,000 in cash

(ii.)    Payment date: On or about April, 2009, Amount paid: $25,000 in the form of the turn over/surrender of a 2003 Cadillac Escalade.

**4. Suits and administrative proceedings:**

(i.)     Liberty Savings, Inc. vs. Jeffrey Lowrey, Arapahoe County Case No. 04CV005513, Status: Judgment.

(ii.)    Chase Lumber vs. Jeffrey Lowrey, Arapahoe County Case No. 08CV303478, Status: Judgment.

(iii.)   Western Pacific Materials vs. Jeffrey Calus, Weld County Case No. 08CV546, Status: Judgment.

**5. Repossessions, foreclosures and returns:**

| | | | |
|---|---|---|---|
| (i.) | National City Bank c/o Scott Watson Law office of Michael Medved 355 Union Blvd., Suite 302 Lakewood, CO 80228 | Foreclosure sale date: 10/28/09 | 533 Nesting Crane Way Longmont, CO Value: $475,000 |
| (ii.) | Edward Calus (insider) 65 Cherry Hills Farm Drive Englewood, CO 80113 | Foreclosure sale date: 10/28/09 | Ute Lake Ranch, Lot 21, Logan, NM Value: $450,000 |
| (iii.) | Greenpoint Mortgage 2300 Brookstone Center Parkway Columbus, Georgia 31904 | Foreclosure sale date: 03/18/09 | 21881 East Lake Ave. Aurora, CO 80015 Value: $201.150.00 |
| (iv.) | Deutsche Bank P.O. Box 1838 Pittsburg, PA 15230 | Foreclosure sale date: 04/15/09 | 2275 Grape Street Denver, CO 80222 Value: $1,125,000.00 |

**10. Other transfers**

   (i.)    Hover Road Holdings, Inc. (A NV Corp.), Real property located at 533 Nesting Crane Way
                P.O. Box 522                        transferred via Quitclaim Deed to Hover Road
                Niwot, CO 80544                 on 10/06/09 for $10.00 and other good and
                                                valuable consideration

**18. Nature, location and name of business**

   (i.)    Team Lending Concepts, LLC (EIN: 84-1483789), 1999 – present, Mortgage Business, 4643
                S. Ulster Street, 8th Floor, Denver, CO 80237

   (ii.)   Team Lending Real Estate, LLC, 2006-present, Lending Business, 7430 E. Caley Ave., Suite
                #120, Englewood, CO 80111,

   (iii.)  J&J Financial Services, LLC, 2001-present, Lending Business, 7430 E. Caley Ave., Suite #120,
                Englewood, CO 80111

   (iv.)  Stenerson, Olson & Lowrey Development, LLC. 2003-2009, Development Business, 3040 S.
                Newcombe Way, Lakewood, CO 80227

   (v.)   Lowrey/Hogue Construction management, LLC, 2006-prsesent, Construction Business, 25
                Coral Place, Greenwood Village, CO 80111

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re <u>Lowrey, Jeffrey R.</u> ,
            Debtor

Case No. <u>09-31916-ABC</u>

Chapter <u>   7   </u>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | yes | 1 | $ 425,000.00 | | |
| B - Personal Property | yes | 6 | $ 12,700.00 | | |
| C - Property Claimed as Exempt | yes | 1 | | | |
| D - Creditors Holding Secured Claims | yes | 2 | | $ 1,654,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | yes | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | yes | 8 | | $ 459,982.00 | |
| G - Executory Contracts and Unexpired Leases | yes | 1 | | | |
| H - Codebtors | yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | yes | 1 | | | $ |
| J - Current Expenditures of Individual Debtors(s) | yes | 1 | | | $ |
| TOTAL | | 25 | $ 437,700.00 | $ 2,113,982.00 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re ___Lowrey, Jeffrey R_____ ,                    Case No. __09-31916-ABC____
                    **Debtor**

                                                           Chapter ____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

     If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

     □ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 0.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income  (from Schedule I, Line 16) | $ | 3,000.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 4,180.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 3,750.00 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 754,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 459,982.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 1,213,982.00 |

B6A (Official Form 6A) (12/07)

In re  Lowrey, Jeffrey R. _____,        Case No. ___09-31916-ABC___
                    **Debtor**                                                  **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 25 Coral Place Greenwood Village, CO 80111 | Residence | D | 425,000.00 | 430,00000 |
| | | Total▶ | 425,000.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re __Lowrey, Jeffrey R._____,          Case No. __09-31916-ABC_____
            **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | D | 500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | x | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods | D | 3,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures | D | 3,000.00 |
| 6. Wearing apparel. | | Men's wearing apparel for work & personal | D | 1,500.00 |
| 7. Furs and jewelry. | | Jewlrey, men's watch | D | 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Men's golf clubs | D | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | x | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re ___Lowrey, Jeffrey R._____,          Case No. ___09-31916-ABC_____
          **Debtor**                                                                      **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | x | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | x | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | x | | | |
| 26. Boats, motors, and accessories. | x | | | |
| 27. Aircraft and accessories. | x | | | |
| 28. Office equipment, furnishings, and supplies. | x | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 30. Inventory. | x | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | x | | | |
| 33. Farming equipment and implements. | x | | | |
| 34. Farm supplies, chemicals, and feed. | x | | | |
| 35. Other personal property of any kind not already listed. Itemize. | x | | | |

_____ continuation sheets attached   Total ▶    $            12,700.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07) -- Cont.

In re <u>Lowrey, Jeffrey R.</u>_____,    Case No. <u>09-31916-ABC</u>
           **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | John Hancock IRA Account No. 53725 | D | 2,200.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Interests in CO Limited Liability Companies, values-unknown, see attached schedule | D | |
| 14. Interests in partnerships or joint ventures.  Itemize. | x | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16. Accounts receivable. | x | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | x | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | x | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | Interest in mineral option in Routt County, CO, value-TBD | D | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Claims against others and loans owed to debtor, values-TBD, see attached schedule | D | |

Lowrey, Jeffrey R.                                    Case No. 09-31916-ABC

STATEMENT NO 1.

Schedule B-Personal Property

**#13: Stocks and interests in incorporated and unincorporated businesses. Itemize.**

Team Lending Concepts, LLC. (A CO LLC in Good Standing)
4643 S. Ulster Street, 89th Floor
Denver, CO 80237
 Sole Member/Manager

Team Lending Real Estate, LLC. (A CO LLC, Delinquent)
7430 E. Caley Avenue, Suite #120
Englewood, CO 80111
Sole Member/Manager

Lowrey/Hogue Construction Management, LLC. (A CO LLC, Delinquent)
25 Coral Place
Greenwood Village, CO 80111
Sole Member/Manager

J & J Financial Services, LLC. (A CO LLC, Delinquent)
7430 E. Caley Avenue, Suite #120
Englewood, CO 80111
Sole Member/Manager

Stenerson, Olson Lowrey Development, LLC (A CO LLC, Good Standing)
3040 S. Newcomb Way
Lakewood, CO 80227
Former Member/Manager

**#21: Other contingent and unliquidated claims of every nature.**

Claims against Edward Callus for predatory lending and fraudulent transfer of Ute Lake Ranch, Lot 21, Logan, Quay County, New Mexico. Compensatory and Treble damages estimated to be in excess of one million dollars.

Claims against George & Juanita Brennan for damages caused to rental property located at 2275 Grape Street, Denver, CO causing debtor the inability to refinance said property resulting in said property being lost to foreclosure. Losses estimated to be in excess of $75,000.00

Loans due debtor, see attached Pages No. 2 & 3.

| BORROWER NAME | DATE OF LOAN | LOAN DUE DATE | NOTE AMOUNT | CHECK AMOUNT | CHECKS | MONTHLY LATE FEE | LATE FEES | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| Allen Richardson | 30-Sep-06 | 31-Dec-09 | $5,500 | $2,668 | 3491- 06/08/05 | $200 | 6200 | $8,868 |
| Amanda Blackman (Car) | | | | | | | | |
| Amy Grant | 30-Sep-06 | 31-Dec-09 | $750 | $1,000 | 2862- 11/12/04 | $200 | | $750 |
| Art Leak | 30-Sep-06 | 31-Dec-09 | $14,250 | $8,000 | 1732- 05/2/00 | $200 | 18200 | $26,200 |
| Bill Haack | 30-Sep-06 | 31-Dec-09 | $39,500 | $36,000 | 3016- 06/9/04-3238- 05/26/04-3232- 0577/04-3231- 05/07/04 | $200 | 8,600 | $44,600 |
| Bobby Pruitt | 30-Sep-06 | 31-Dec-09 | $19,033 | $10,000 | 2571- 04/17/03 | $200 | 11200 | $21,200 |
| Chris Bridges | | | $13,873 | $9,150 | 3777- 1/9/06-3622- 10/27/05-3625- 11/1/05-3629- 11/8/05-3566- 8/24/05-3613- 10/11/05-3618- 10/22/05-3555- 8/2/05-3556- 8/5/05 | $200 | 5600 | $14,750 |
| Christy Kyle | 22-Feb-07 | 22-May-07 | $2,000 | $2,000 | 2241- 02/22/07 -4279- 02/22/07 | $50 | 500 | $2,500 |
| Donna Seehan | | | $1,660 | | Bails Bond in file   N/A | $50 | 3350 | $5,010 |
| Eddie Starcher | 30-Sep-06 | 31-Dec-09 | $13,580 | $5,225 -2566- 03/21/03 | 3235- 05/21/04 -3234- 05/14/04 -3018- 06/09/04 | $200 | 11400 | $16,625 |
| Eric Crow | 30-Sep-06 | 31-Dec-09 | $3,000 | $10,000 | 2667- 09/30/03 | $50 | 2,500 | $12,500 |
| Evan Elliott | 30-Sep-06 | 31-Dec-09 | $26,500 | $9,100 | 2572- 04/21/02 -2644- 05/22/03 -2665- 09/25/03 | $500 | 34000 | $43,100 |
| Gary Newman | | | | $1,350 | No checks in file | N/A | | PAID |
| Genny Freeman | 30-Sep-06 | 31-Dec-09 | $27,500 | $11,500 | 2820- 02/14/05 | $6000 + $500/month | 23000 | $34,500 |
| Geri Molnaz | | | $200 | | 3558- 08/16/05 - 3562 - 08/17/05 | $50 | 1400 | $1,600 |
| Greg Hoyt | | $10,800 | $7,479 | | 4417 - 07/07/06 - 3901 - 02/15/06 - 3779 - 01/11/06 - 3773 - 01/06/06 - 3774 - 01/06/06 - 2575 - 04/22/03 - 2562 - 02/05/03 | $100 | 2300 | $13,100 |
| Horse Connection | | | $23,500 | $23,000 | 35% company - 10% | | | $40,000 |
| James Wright | 30-Sep-06 | 31-Dec-09 | $3,000 | $800 | 3029- 06/11/04 -3240- 05/27/04 -3059- 08/10/04 | $50 | 2150 | $2,950 |
| Jimmie Matthew Holley | 30-Sep-06 | 31-Dec-09 | $15,620 | $10,100 | 3905- 02/24/06 -3120- 10/07/04 -2897- 10/27/04 -3034- 06/29/04 -3053- 07/17/04 | $50 $400 | 16800 | $26,900 |
| Jimmy Lemoine | | | $5,850 | | 3308- 04/12/05 -3051- 07/08/04 -2450- 12/11/02 -2655- 07/24/03 -2780- 10/17/03 | $50 | 3000 | $8,850 |
| Jody & Uriah Koleski | 30-Sep-06 | 31-Dec-09 | $20,174 | $13,688 | 3903- 02/20/06 -3758- 12/10/05 – 3617- 10/21/05 | $50 | 1300 | $14,988 |
| Joy Young | 30-Sep-06 | 31-Dec-09 | $1,000 | $1,000 | 2817- 01/26/04 -2779- 10/15/03 | $50 | 2500 | $3,500 |
| Karen Rankin | 30-Sep-06 | 31-Dec-09 | $2,900 | $2,300 | 3170- 12/23/03 -3312- 04/01/05 | $50 | 2500 | $4,800 |
| Karen Thompson | 30-Sep-06 | | $2,000 | $2,000 | 3309- 3/18/05 | $50 | 1650 | $3,650 |

| Name | Date | Amount | Detail | | Total |
|---|---|---|---|---|---|
| Kathryn & Genny Freeman | 17-Mar-04 | $20,000 | $6,938 2652-3317-2863-3565 | | $6,938 |
| Katie Freeman | 30-Sep-06 | $1,700 | $130 3052 - 7/16/04 $50; 2793 - -3211 | 2050 | $2,180 |
| Korey Rozell | | $8,000 | | | PAID |
| Kurt Hogue | 30-Sep-06 | $37,500 | $17,000 3568-3559-3316 | | $17,000 |
| Melissa Smith | | $500 | No checks in file N/A | | PAID |
| Micah Noyes | | $310.24 | 3920 - 03/22/06 $50 | 1050 | $1,360 |
| Michelle Beaver | | $1,000 | $800 3302 - 01/29/05 $50 | 1750 | $2,550 |
| Mike Troit | | $130 | No checks in file N/A | | PAID |
| Nick Sartini | 30-Sep-06 | $2,500 | $2,000 3826 - 01/26/06 $50 | 1150 | $3,150 |
| Patricia Mansfield | 30-Sep-06 | $1,100 | $500 3324 - 05/25/05 $50 | 1550 | $2,050 |
| Paul Budge | | $15,050 | | | $0 |
| Paul Toner | 30-Sep-06 | $1,800 | $1,500 3057 - 07/26/04 $50 | 2050 | $3,550 |
| Phil Lauder | | $38,000 | $47,624.82 3109 - 09/09/04 - 3060 - 08/10/04 3228 - 04/19/04, 3221 - 03/04/04 $50 | 2300 | $49,925 |
| Richie Ursetta | 30-Sep-06 | $6,450 | $5,700 2564 - 02/16/03 - 2646 - 05/28/03 2662 - 09/10/03 - 2666 - 09/30/03 - 2569 - 03/25/03 | 2300 | |
| Rick Camino | | $450 | $300 3667 $50 | 2900 | $8,600 |
| | | | $450 | | PAID |
| Robert & Pam Lucy | 30-Sep-06 | $52,785 | $6,744 3033 - 06/28/04 - 2422 - 09/23/02 - 2394 - 10/10/02 2557 - 01/31/03 - 1958 - 11/10/00 - 1997 - 02/02/01 2016 - 03/23/01 - 2095 - 05/31/01 $100 | 8500 | |
| Terry Cochran | 30-Sep-06 | $17,300 | $4,500 2573 - 04/24/03 $50 | 2800 | $61,285 |
| Tom Churches | 30-Sep-06 | $8,400 | $6,000 3056 - 08/02/04 - 3030 - 06/21/04 $100 | 4200 | $20,100 |
| | | | | | $10,200 |
| Tony Rozell | 30-Sep-06 | $3,800 | $4,500 3310 - 03/25/05 - 3111 - 09/14/04 $100 | 3900 | $8,400 |
| Trent Windsor | 30-Sep-06 | $5,000 | $4,500 3918 - 03/18/06 - 3772 - 12/30/05 $50 | 1200 | $5,700 |

B 6C (Official Form 6C) (12/07)

In re Lowrey, Jeffrey R. _____ ,          Case No. 09-31916-ABC _____
           **Debtor**                                               **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                   $136,875.
☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Debtor's residence<br>25 Coral Place | CRS 38-41-201,201.5 | 5,000.00 | 430,000.00 |
| Household goods | CRS 13-54-102(1)(e) | 3,000.00 | 3,000.00 |
| Men's wearing apparel | CRS 13-54-102(1)(a) | 1,500.00 | 1,500.00 |
| Jewelry, watch, articles of adornment | CRS 13-54-102(1)(b) | 2,000.00 | 2,000.00 |
| Wages due and owing | U.S.C. 15  1637, (75%) | 75.00 | 25.00 |
| IRA, John Hancock | CRS 13-30-313, 616 | 2,200.00 | 2,200.00 |
| Books, pictures | CRS 13-54-102(1)(e) | 3,000.00 | 3,000.00 |
| Professional Library | CRS 13-54-102(1)(i) | 0.00 | 0.00 |

B 6D (Official Form 6D) (12/07)

In re  Lowrey, Jeffrey R. _____ ,     Case No.  09-31916-ABC
                    **Debtor**                              **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 27499982850 <br> Flagstar Bank <br> 5151 Corporate Drive <br> Troy, MI 48098 | | D | 1st deed of trust <br> 25 Coral Place <br><br> VALUE $ 430,000.00 | | | | 430,000.00 | 5,000.00 |
| ACCOUNT NO. 41501025147 <br> Chase Bank <br> P.O. Box 901039 <br> Fort Worth, TX | | D | 2nd deed of trust <br> 25 Coral Place <br><br> VALUE $ 430,000.00 | | | | 205,000.00 | 205,000.00 |
| ACCOUNT NO. <br> Colorado Community Bank <br> 175 E. 1st Street <br> Akron, CO 80720 | | D | 3rd deed of trust <br> 25 Coral Place <br><br> VALUE $ 430,000.00 | | | | 30,000.00 | 30,000.00 |
| _1_ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ 665,000.00 | $ 240,000.00 |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.                                                                    2

In re  Lowrey, Jeffrey R. _____,          Case No.   09-31916-ABC _____
           **Debtor**                                                            **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 04831447<br><br>National City Bank<br>3232 Newmark Drive<br>Miamisburg, OH<br>45342-5421 | | | 1st deed of trust<br>533 Nesting Crane Way, Lopngmont, CO 80504<br>VALUE $ 475,000.00 | | | | 989,000.00 | 514,000.00 |
| **ACCOUNT NO.**<br><br><br>VALUE $ | | | | | | | | |
| **ACCOUNT NO.**<br><br>VALUE $ | | | | | | | | |
| **ACCOUNT NO.**<br><br>VALUE $ | | | | | | | | |
| **ACCOUNT NO.**<br><br>VALUE $ | | | | | | | | |

Sheet no. __1__ of __1__ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal (s) ►
(Total(s) of this page)

$ 998,000.00          $ 514,000.00

Total(s) ►
(Use only on last page)

$ 1,654,000.00        $ 754,000.00

(Report also on                (If applicable,
Summary of Schedules.)         report also on
                               Statistical Summary
                               of Certain
                               Liabilities and
                               Related Data.)

B 6E (Official Form 6E) (12/07)

In re  Lowrey, Jeffrey R.                              ,         Case No. 0-9-31916-BC
                    **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re  Lowrey, Jeffrey R.                              ,        Case No.  0-9-31916-BC
                    **Debtor**                                                        **(if known)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Lowrey, Jeffrey R**                    ,                    Case No. **09-31916-ABC**
_____                                    _____
            Debtor                                                        (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Gapter Systems and Excavating LLC 2760 South Main Street D Erie, Colorado 80516 | | D | 1/2008 construction | | | X | 5466.00 |
| ACCOUNT NO. <br><br> Chad Palmer Construction Inc. 2687 S. Wadsworth Way Lakewood, CO 80227 | | D | 2/2008 construction | | | X | 17,500.00 |
| ACCOUNT NO. <br><br> All in One Contractors 14 Inverness Dr East, Ste A132 Englewood, CO 80112 | | D | 2/2008 construction | | | X | 12,968.00 |
| ACCOUNT NO. <br><br> C&G Painting, Inc. 1111 Osage St., Ste 28 Denver, CO 80204-3446 | | D | 2/2008 construction | | | X | 10,226.00 |
| | | | | | | Subtotal ⊙ | $46,160.00 |
| | | | | | | Total ⊙ | $ |

_7_ continuation sheets

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Lowrey, Jeffrey R**                              ,                    Case No. **09-31916-ABC**
　　　　　　　　　Debtor                                                                            (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Chase Lumber Company 17600 E Smith Road Aurora, CO 80011 | | D | 3/2008 Construction | | | X | 9,584.00 |
| ACCOUNT NO.  Western Pacific Building Materials, Inc. 4795 Leyden Street Denver, CO 80216 | | D | 2/2008 Construction | | | X | 27,853.00 |
| ACCOUNT NO.  Cabinetry Showcase, Inc. P.O. Box 3524 Greenwood Village, CO 80155-3524 | | D | 2/2008 Construction | | | X | 107,692.00 |
| ACCOUNT NO.  Spec 7 Insulation 5945 Broadway, Unit C Denver, CO 80216 | | D | 3/2008 Construction | | | X | 5,220.00 |

Sheet no. 1 of 7 continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $150,349.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Lowrey, Jeffrey R</u>,                              Case No. <u>09-31916-ABC</u>
                    Debtor                                                    (if known)

# SCHEDULE F -- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Foothills Lighting Supply<br>1393 S Santa Fe Drive<br>Denver, CO 80223 | | D | 10/2008 Construction | | | X | 7,494.00 |
| ACCOUNT NO.<br>Liberty Savings Bank<br>2891 West Alex Bell Road<br>Dayton, OH 45459 | | D | 2006 Judgment | | X | X | 23,478.00 |
| ACCOUNT NO. 53290206606302927<br>FIA Card Services<br>PO Box 37279<br>Baltimore, MD 21297-3279 | | D | 2006-2008 Revolving Credit | | | X | 1,000.00 |
| ACCOUNT NO.<br>#4246312000270200,<br>4246315137716641,<br>4388575220419951,<br>4246315123924514,<br>4388575251762584<br>United Mileage Plus<br>Cardmember Services<br>PO Box 94014<br>Palatine, IL 60094-4014 | | D | 2006-2008 Revolving Credit | | | X | 50,700.00 |

Sheet no. 2 of 7 continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $82,773.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Lowrey, Jeffrey R                                 ,          Case No. 09-31916-ABC
                          Debtor                                                    (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. #4266841150504148, 4246315128453949, 4266841116966209, 4246315137743751, 4246315136131776 <br><br> Chase <br> Cardmember Services <br> PO Box 94014 <br> Palatine IL 60094-4014 | | D | 2006-2008 Revolving credit | | | X | 30,700.00 |
| ACCOUNT NO. #374631207853615, 4036475001465032, 4036475001144629, 4427100042453881, 4339930011959683, 4427100038848649, 74975632201830 <br><br> Bank of America <br> PO Box 15026 <br> Wilmington, DE 19850-5026 | | D | 2006-2008 Revolving Credit | | | X | 61,300.00 |
| ACCOUNT NO. 4988820004573712 <br><br> First Equity <br> PO Box 23029 <br> Columbus GA 31902-3029 | | D | 2006-2008 Revolving Credit | | | X | 5,000.00 |
| ACCOUNT NO. #-6214 <br><br> Discover Card <br> PO Box 30395 <br> Salt Lake City, UT 84130-0395 | | D | 2006-2008 Revolving Credit | | | X | 5,600.00 |

Sheet no. 3 of 7 continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $102.600.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Lowrey, Jeffrey R</u>                    ,                    Case No. <u>09-31916-ABC</u>
                          Debtor                                                          (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5584180002341389<br><br>Advanta<br>PO Box 30715<br>Salt Lake City, UT 84130-0715 | | D | 2006-2008 Revolving Credit | | | X | 18,500.00 |
| ACCOUNT NO. 4479413024601006<br><br>Washington Mutual<br>PO Box 660487<br>Dallas, TX 75266-0487 | | D | 2006-2008 Revolving Credit | | | X | 7,000.00 |
| ACCOUNT NO. 6044051004448864<br><br>GE Money LOC<br>PO Box 530913<br>Atlanta, GA 30353-0913 | | D | 2006-2008 Revolving Credit | | | X | 9,700.00 |
| ACCOUNT NO. 5148880001581708<br><br>Frontier MasterCard<br>Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | | D | 206-2008 Revolving Credit | | | X | 22,000.00 |

Sheet no. <u>4</u> of <u>7</u> continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $57,200.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Lowrey, Jeffrey R**                              ,          Case No. **09-31916-ABC**
          Debtor                                                                    (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6035320246062176<br><br>Home Depot<br>PO Box 6028<br>The Lakes, NV 88901-6028 | | D | 2006-2008 Revolving Credit | | | X | 2,300.00 |
| ACCOUNT NO. 5178052300717598, 4115072596595226<br><br>Capital One<br>PO Box 60024<br>City of Industry, CA 91716-0024 | | D | 2006-2008 Revolving Credit | | X | | 3,200.00 |
| ACCOUNT NO. 3725-701030-42000, -681003, -971008, -99100<br><br>American Express PO Box 650448<br>Dallas TX 75265-0448 | | D | 2006-2008 Revolving Credit | | | X | 4,400.00 |
| ACCOUNT NO.<br><br>Geronimo Group/Grizzly Consulting<br>PO Box 522<br>Niwot, CO 80544 | | D | Consulting services | | | | 5,000.00 |

Sheet no. 5 of 7 continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $14,900.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Lowrey, Jeffrey R**_____,   Case No. **09-31916-ABC**_____
Debtor   (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Compass West & Associates, Inc. <br> PO Box 37 <br> Niwot, CO  80544 | | D | 2009 Consulting services | | | | 2,500.00 |
| ACCOUNT NO. <br><br> Sundance & Associates, Inc. <br> 355 Mesquite Blvd <br> Mesquite NV 81907 | | D | 2009 Consulting Services | | | | 3,500.00 |
| ACCOUNT NO. <br><br> Team Lending Concepts LLC <br> 4950 So. Yosemite St. <br> Suite F2-335 <br> Greenwood Village <br> Colorado  80111 | | D | Any contingent fee or cost associated with collection of a debt | X | X | X | Unknown |
| ACCOUNT NO. <br><br> J & J Financial LLC <br> 4950 So. Yosemite St. <br> Suite F2-335 <br> Greenwood Village <br> Colorado  80111 | | D | Any contingent fee or cost associated with collection of a debt | X | X | X | Unknown |

Sheet no. 6 of 7 continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $6,000.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Lowrey, Jeffrey R**_____ ,     Case No. **09-31916-ABC**_____
             Debtor                                            (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lowrey & Hogue LLC<br>4950 So. Yosemite St.<br>Suite F2-335<br>Greenwood Village<br>Colorado  80111 | | D | Any contingent fee or cost associated with collection of a debt | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Lowrey & Olson LLC | | D | Any contingent fee or cost associated with collection of a debt | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Stenerson, Lowrey & Olson LLC | | D | Any contingent fee or cost associated with collection of a debt | X | X | X | Unknown |
| ACCOUNT NO. | | | | | | | |

Sheet no. _7_ of _7_ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $0.00

Total ▶ | $459,982.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re <u>Lowrey, Jeffrey R.</u>                    ,        Case No. <u>090-31916-ABVC</u>
          **Debtor**                                            **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Team Lending Concepts, LLC<br>4643 S. Ulster Street, 8th Floor<br>Denver, CO 80237 | Vehicle lease for 2002 Jaguar |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re  Lowrey, Jeffrey R.                              ,        Case No.  09-31916-ABC
          **Debtor**                                                        **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Team Lending concepts, LLC<br>4643 Ulster Stret, 8th Floor<br>Denvr, CO 80237 | Colorado Community Bank<br>175 E. 1st Street<br>Akron, CO 80720 |
| Lowrey/Hogue Construction Management, LLC.<br>7430 E. Caley Avenue, Suite #120<br>Greenwood Village, CO 80111 | Gapter Septic Systems<br>2760 S. Main Street, #D<br>Erie, CO 80516 |
| Lowrey/ Hogue Construction Management, LLC. | Chad Palmer Construction, Inc.<br>2687 S. Wadsworth Way<br>Lakewood, CO 80227 |
| Lowrey/Hogue Construction Management, LLC. | All In One Contractors<br>14 Invemess Drive East, # A132<br>Englewood, CO 80112 |
| Lowrey/Hogue Copnstruction Management, LLC | C&G Painting, Inc.<br>1111 Osage Street, # 28<br>Denver, CO 80204-3446 |
| Lowrey/Hogue Construction Management, LLC | Chase Lumber Company<br>17600 East Smith Road<br>Aurora, CO 80011 |
| Lowrey/Hogue Construction Management, LLC | Western Pacific Materials, Inc.<br>4795 Leyden Street<br>Denver, CO 80216 |
| Lowrey/Hogue Construction Management, LLC | Cabinetry Showcase, Inc.<br>P.O. Box 3524<br>Greenwood Village, CO 80155 |

B 6H (Official Form 6H) (12/07)

In re  Lowrey, Jeffrey R.                    ,          Case No.  09-31916-ABC
                    **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lowrey/Hogue Construction Management, LLC<br>7430 E. Caley Avenue, Suite #120<br>Greenwood Village, CO 80111 | Spec 7 Insulation<br>5945 Broadway, Unit #7<br>Denver, CO 80216 |
| Lowrey/Hogue Construction Management, LLC. | Foothills Lighting Supply<br>1393 S. Santa Fe Drive<br>Denver, CO 80223 |

B6I (Official Form 6I) (12/07)

In re  Lowrey, Jeffrey R_____ ,          Case No.  09-31916-ABC_____
                    **Debtor**                                                    **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation   Home Mortgage Consultant | | |
| Name of Employer  Wells Fargo Bank | | |
| How long employed  10 months | | |
| Address of Employer 300 West Plaza Drive, Highlands Ranch CO 80126 | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| | $ _____ 3,750.00 | $_____ |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $_____ | $_____ |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | $ _____ 3,750.00 | $_____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $_____ 750.00 | $_____ |
| b. Insurance | $_____ | $_____ |
| c. Union dues | $_____ | $_____ |
| d. Other (Specify): _____ | $_____ | $_____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $_____ 750.00 | $_____ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $_____ 3,000.00 | $_____ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $_____ | $_____ |
| 8. Income from real property | $_____ | $_____ |
| 9. Interest and dividends | $_____ | $_____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $_____ | $_____ |
| 11. Social security or government assistance (Specify):_____ | $_____ | $_____ |
| 12. Pension or retirement income | $_____ | $_____ |
| 13. Other monthly income (Specify):_____ | $_____ | $_____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $_____ 0.00 | $_____ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $_____ 3,000.00 | $_____ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ _____ 3,000.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    Commission increase, provided Debtor can focus on work instead of creditors, judgements, litigation.

B6J (Official Form 6J) (12/07)

In re  Lowrey, Jeffrey R                    ,          Case No.  09-31916-ABC
                    **Debtor**                                              **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,900.00 |
| a. Are real estate taxes included? | Yes ✓   No _____ | |
| b. Is property insurance included? | Yes ✓   No _____ | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 50.00 |
| b. Water and sewer | | $ 50.00 |
| c. Telephone | | $ 150.00 |
| d. Other _____ | | $ _____ |
| 3. Home maintenance (repairs and upkeep) | | $ 50.00 |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ _____ |
| 8. Transportation (not including car payments) | | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ _____ |
| 10. Charitable contributions | | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ _____ |
| b. Life | | $ _____ |
| c. Health | | $ _____ |
| d. Auto | | $ 130.00 |
| e. Other _____ | | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ _____ |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ _____ |
| b. Other _____ | | $ _____ |
| c. Other _____ | | $ _____ |
| 14. Alimony, maintenance, and support paid to others | | $ _____ |
| 15. Payments for support of additional dependents not living at your home | | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ _____ |
| 17. Other _____ | | $ _____ |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,180.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

Loan modification, debt reduction

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 3,000.00 |
| b. Average monthly expenses from Line 18 above | $ 4,180.00 |
| c. Monthly net income (a. minus b.) | $ -1,180.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  LLowrey, Jeffrey, R.                ,                          Case No.  09-31916 ABC
_____
                    **Debtor**                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  10/21/2009                                   Signature_____
                                                                                                                        Debtor

Date _____    Signature:_____
                                                                                                (Joint Debtor, if any)

                                                                             [If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                      Social Security No.
of Bankruptcy Petition Preparer                                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
   Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                                          Signature:_____

                                                                          _____
                                                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.